

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 12, 2025
_____

**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**711 S 4th Street Suite 101**
**Las Vegas, NV  89101**
**(702) 853-0700**
**kal13mail@las13.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| | **Case No: 25-10459-NMC** |
| **CONSTANCE TASHELL** | |
| **GEFFINGER-CLIFTON,** | **ORDER  DENIAL OF CONFIRMATION AND** |
| | **DISMISSING CASE** |
| | |
| | Hearing Date: 08/07/2025 |
| **Debtor** | Hearing Time:  1:30 pm |

   The Debtor(s)' proposed chapter 13 Plan #2 having come on for confirmation hearing on the above

captioned date and time; the Trustee having filed an Opposition to Confirmation Combined with

Recommendation for Dismissal, the following parties have appeared: [X] Trustee [  ] Debtor [  ] Attorney

for Debtor [  ] Other , after all pleadings and arguments having been considered by this Court, and good

cause appearing therefore;

   IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned

proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Other Reason: Failure to resolve Trustee's Opposition filed on 6/17/2025, dkt #36

DATED:  08/11/2025

Submitted by:

 /s/  KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(bg)

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____ The court has waived the requirement set forth in LR 9021 (b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

|  |  |
|---|---|
| Approved: | _____ |
| Disapproved: | _____ |
| Failed to Respond: | _____ |

_____ I certify that this is a  case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###